■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL REYES, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on February 1, 1989, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Carro, Asch, Ellerin and Smith, JJ.

■ AMIVEST CORPORATION, Appellant-Respondent, v MORGANTOS, N.V., Respondent-Appellant, et al., Defendant.—Order and judgment (one paper), Supreme Court, New York County (Edward Lehner, J.), entered on August 30, 1989, unanimously affirmed for the reasons stated by Lehner, J., without costs and without disbursements. Concur—Kupferman, J. P., Carro, Milonas, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS CASTRO, Appellant.—Judgment of resentence, Supreme Court, New York County (Harold Rothwax, J.), rendered on November 5, 1986, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Asch, Kassal, Wallach and Rubin, JJ.